FILED
JUN 04 2019
TIMOTHY M. O'BRIEN CLERK
By TVN Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Allan J Quigley II
411 East 165th Street
Belton mo, 64012
(Enter above the full name of the Plaintiff(s)

vs.

Case Number 2:19-cv-2273-DDC-JPO

Sporting Kansas City Soccer Club
Name
One Sporting Way
Street and number
Kansas City Kansas 66111
City State ZipCode

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

**CIVIL COMPLAINT**

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Allan Quigley II

Address 411 E 165th Street
Belton mo 64012

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Andrea Kimball is employed at Sporting Kansas City / Sporting Club

C. Additional Defendants Clifford Illig, Pat Curran, Greg Maday, Robb Heineman

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Missouri

2. The first-named defendant above is either

a. a citizen of the State of Missouri ; or

b. a corporation incorporated under the laws of the State of ________________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of ________________ ; or

b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[X] 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article 19, Section 21-6103(a)(1)) – Kansas Statute, US Code, Title_____, Section_____.

[X] 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343). missouri defimation per Seay ↑ Do not Have to be proven

[X] 3. Other grounds (specify and state any statute which gives rise to such grounds):

Slander

~~def~~ Allegation or imputation "injurior- to another in their trade, busness, or proffession

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I was terminated after reporting a money + IRS Discrimination to the vice president of Sporting KC. 7 day later I was let go. 14 days later was told why I was Fired. The found out they have my Picture on the wall Calling Me a "Stalker, pervert, + predator. for all Staff + guest to see.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) Appoligy to every person that saw that picture and letter. 75000 per liable Insident

25 yrs of Pay @ 100,000 since not able to find Job in field
2.5 million for Punitive damages
5.7 million for Slander, Liable, with intent to cause harm

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I have been out of work for over 4 month and can not get a job in the city I went to arrowhead Stadium to talk to the Director of Operation. She told me I was let go for Sexual Harassment according to Sporting KC. -

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X] No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

EEOC + KHRC - Sexual Discrimination and Retaliation

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number ______________ and assigned to the Honorable Judge ______________________.

[X] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

[signature]
Signature of Plaintiff

Allan J Quigley II
Name (Print or Type)

411 E 165th Street
Belton MO, 64012
Address

Belton MO 64012
City State Zip Code

816-582-3220
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One)

Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Signature of Plaintiff

Dated: 6/3/19
(Rev. 10/15)